ANNIE S. ANABLE, PLAINTIFF IN ERROR, v. FIDELITY AND CASUALTY COMPANY, OF NEW YORK, DEFENDANT IN ERROR.

Argued November 27, 1906—Decided February 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Vredenburgh, Wall & Van Winkle*.

For the defendant in error, *Bedle, Edwards & Thompson*.

PER CURIAM.

The judgment of the Supreme Court is affirmed, for the reasons stated in the opinion of Mr. Justice Reed in that court, printed in 44 *Vroom* 320.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, HENDRICKSON, SWAYZE, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.    12.

*For reversal*—None.